PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00070-001** |
| ) | |
| **PATTY ANN STUBBS** ) | |
| ) | |

On August 22, 2006, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

                                       Respectfully submitted,


                                               **FRANK ESQUIVEL**
                               **Senior United States Probation Officer**

Dated:      May 22, 2009
              Bakersfield, California
              FE:dk

**REVIEWED BY:** _____
                         **THOMAS A. BURGESS**
                         **Supervising United States Probation Officer**

**Re: Patty Ann STUBBS**
**Docket Number: 1:05CR00070-001**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:** **May 22, 2009**  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE